```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 21589
   HENRY JESSIE WHITE
   GEORGETTA MARCEL WHITE                    CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3729     SSN XXX-XX-6500

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/04/2004 and was confirmed 07/28/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 03/18/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                PAID           PAID
-------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED              3884.31         305.46        3884.31
FORD MOTOR CREDIT         SECURED             13681.47        2241.82       13681.47
FORD MOTOR CREDIT         UNSEC W/INTER    NOT FILED             .00            .00
CAPITAL ONE BANK          FILED LATE          645.59             .00            .00
CAPITAL ONE BANK          FILED LATE          835.10             .00            .00
CAPITAL ONE               NOTICE ONLY     NOT FILED              .00            .00
CCS PAYMENT PROCESSING C  UNSEC W/INTER   NOT FILED              .00            .00
CHARTER ONE BANK          UNSEC W/INTER   NOT FILED              .00            .00
CHARTER ONE               NOTICE ONLY     NOT FILED              .00            .00
CITY OF CHICAGO PARKING   UNSEC W/INTER      545.00            78.52          545.00
LITTLE CO MARY HOSPITAL   UNSEC W/INTER   NOT FILED              .00            .00
MCI                       UNSEC W/INTER   NOT FILED              .00            .00
MCI TELECOMMUNICATIONS    NOTICE ONLY     NOT FILED              .00            .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER     4039.58           582.14         4039.58
PROVIDIAN NATIONAL BANK   NOTICE ONLY     NOT FILED              .00            .00
AT & T BANKRUPCTY         UNSEC W/INTER     1880.51           272.85         1880.51
FORD MOTOR CREDIT         COST OF COLLE      200.00              .00          200.00
PETER FRANCIS GERACI      DEBTOR ATTY      2,200.00                         2,200.00
TOM VAUGHN                TRUSTEE                                           1,768.34
DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE            31,680.00

PRIORITY                                           .00
SECURED                                      17,765.78
    INTEREST                                  2,547.28
UNSECURED                                     6,465.09
    INTEREST                                    933.51

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 21589 HENRY JESSIE WHITE & GEORGETTA MARCEL WHITE
```

```
ADMINISTRATIVE                                              2,200.00
TRUSTEE COMPENSATION                                        1,768.34
DEBTOR REFUND                                                    .00
                                      ---------------  ---------------
TOTALS                                     31,680.00        31,680.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 08/21/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE